CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 05 2019
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

REBECCA L. BETANCOURT,
    Plaintiff,

v.

MR. HAROLD CLARKE,
    Defendant(s),

Civil Action No. 7:19-cv-00583

**MEMORANDUM OPINION**

By: Jackson L. Kiser
Senior United States District Judge

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered October 4, 2019, the court directed plaintiff to submit within 20 days from the date of the order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On September 25 and October 4, 2019, the Court received inmate account forms signed by the trust officer, however the six-month statements were not included. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of Nov., 2019.

*/s/ Jackson L. Kiser*
Senior United States District Judge